IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANJALI GUPTA,<br><br>           Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-12188-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anjali Gupta and Defendant President and Fellows of Harvard College, through their counsel, stipulate that the above-captioned action may be dismissed in its entirety with prejudice and without attorneys' fees or costs to any party, and waiving all rights of appeal.

Respectfully submitted by the Parties.

Dated:

Respectfully Submitted,

| ANJALI GUPTA | PRESIDENT AND FELLOWS OF HARVARD COLLEGE |
|---|---|
| By her attorneys, | By its attorneys, |
| */s/ Susanne Hafer/* | */s/ Andrea Zoia/* |
| Susanne Hafer, Esq.<br>Greene & Hafer, LLC<br>529 Main St., Ste. P200<br>Charlestown, MA 02129<br>(617) 398-7285<br>shafer@greeneandhafer.com | Andrea E. Zoia, Esq.<br>Cassandra S. Fuller, Esq.<br>Morgan, Brown & Joy, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666<br>azoia@morganbrown.com<br>cfuller@morganbrown.com |

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2024.

                                        */s/ Andrea E. Zoia*
                                        Andrea E. Zoia